**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1121**

RICARDO A. LINARES,

                Plaintiff - Appellant,

        v.

US AIRWAYS, INC.; COMMUNICATIONS WORKERS OF AMERICA (CWA);
INTERNATIONAL BROTHERHOOD OF TEAMSTERS (IBT),

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.     Leonie M. Brinkema,
District Judge. (1:10-cv-01139-LMB-TCB)

Submitted:  June 30, 2011              Decided:  July 5, 2011

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricardo A. Linares, Appellant Pro Se.  Daniel E. Farrington,
FARRINGTON LAW FIRM, LLC, Bethesda, Maryland; Nicholas Michael
Manicone, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, Washington,
D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo A. Linares appeals the district court's order dismissing his complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Linares v. US Airways, Inc., No. 1:10-cv-01139-LMB-TCB (E.D. Va. Nov. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED